Prob 12AP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Kim Elaine KENDRICK |
| **Docket Number:** | 1:04CR05094-002 |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 10-18-04 |
| **Original Offense:** | 18 USC 371 - Conspiracy to Steal Property From the United States (CLASS D FELONY) |
| **Original Sentence:** | 5 mos. BOP; 3 years supervised release; $79,610 restitution; $100 special assessment; mandatory testing |
| **Special Conditions:** | Warrantless search; not to dispose or dissipate any assets; financial disclosure; no new credit or lines of credit without approval; drug testing and treatment; 150 days CCC; and $25 co-payment |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 04-28-05 |

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The information is reported for advisement purposes only; no further Court action is requested at this time.

**RE:   Kim Elaine KENDRICK**
**      Docket Number:  1:04CR05094-002**

**1.    IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  The releasee failed to submit regular restitution payments set at $25 per month for a period spanning from June to December 2005.  On December 20, 2005, the releasee was interviewed by this officer and inquired as to why she had not submitted restitution payments.  The releasee indicated she was unaware that she was supposed to have started her restitution payments with the submission of her Monthly Supervision Report of June 2005.

**United States Probation Officer plan/justification:**  The probation officer instructed the releasee to submit payments in the minimum amount of $100 until which time she has reached the proper balance, at that point, they will again be reduced to $25 per month as the defendant's income is minimal.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**   March 3, 2006
            Bakersfield, California
            FE:dk

                              /s/ Rick C. Louviere
**Reviewed by:**  _____
                **RICK C. LOUVIERE**
                **Supervising United States Probation Officer**

---

No response will be necessary for this notice unless the Court directs that additional action be taken.  If the Court desires additional action or information, please call this officer at (661) 861-4354.  Your Honor's signature below signifies the Court has reviewed this report.

IT IS SO ORDERED.

**Dated:   March 3, 2006**                    /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE